# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140402

NEWARK MORNING LEDGER COMPANY,
        Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140402
COA: 283723
Ct of Claims: 00-017603-CM

On order of the Court, the application for leave to appeal the December 8, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

0419

Clerk